JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAN GAVER,<br><br>    Plaintiff,<br>  vs.<br><br>ERIC HOLDER, Attorney General of the United States et al<br><br>    Defendants. | Case No.: CV 11 - 07458 DMG (JCx)<br><br>**ORDER RE DISMISSAL [25]** |

Pursuant to the stipulation filed by the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The instant action is dismissed without prejudice; and
2. The parties shall bear their own fees, costs, and expenses.

DATED:  February 7, 2012

_____
DOLLY M. GEE
United States District Judge